No. 760, Misc. HAUGHEY *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL. Sup. Ct. Wash. Certiorari denied.

No. 761, Misc. RAULLERSON *v.* PATTERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 765, Misc. SMITH *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 771, Misc. IN RE GASKINS. Sup. Ct. Pa. Certiorari denied. *Mary Bell Hammerman* for petitioner.

No. 772, Misc. GREEN *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 777, Misc. NICHOLS *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 783, Misc. LEMON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 784, Misc. SCHULTZ *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 787, Misc. WILLARD *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 789, Misc. CATALANOTTO *v.* ASSOCIATES DISCOUNT CORP. Sup. Ct. La. Certiorari denied. *Edward B. Dufreche* for petitioner.

No. 800, Misc. COURTNEY *v.* VIRGINIA STATE PAROLE BOARD. C. A. 4th Cir. Certiorari denied.